```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                       EASTERN DISTRICT OF LA

                                                        2006 MAY 30  AM 11: 26

                                                           LORETTA G. WHYTE
                                                                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE CASE NO.:   00-228 |
| VERSUS | CRIMINAL ACTION NO.:   00-339 |
| Keisha Smith | SECTION:   J |

### APPLICATION FOR REFUND OF CASH BOND

I, Constance Smith, residing at 415 Clark Road hereby apply for refund of Two Thousand Seven Hundred dollars ($2,700.00) being the amount of cash appearance bond deposited in this Court by me on October 19, 2000 on behalf of Keisha Smith the defendant in this case, for the reason that the case has been concluded by: SENTENCING.

*Constance Smith*
Signature- Constance Smith

415 Clark Road
Gary, IN, 46406
(219) 977-8451

**No Objection to return of Cash Bond**

*Thomas L. Watson*
**ASSISTANT U.S. ATTORNEY**
**THOMAS L. WATSON**

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
Social Security Number

### ORDER

Considering the forgoing,
It is **ORDERED** that the cash bond in the amount of $2,700.00 plus accrued interest be refunded by the Clerk of Court to Constance Smith.

New Orleans, Louisiana this ___6___ day of ___June___, 2006

*[signature]*
UNITED STATES DISTRICT JUDGE

___ Fee_____
✓ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____