**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**LORETTA G. WHYTE**
**CLERK**

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

June 27, 2006

Constance Smith
415 Clark Road
Gary, IN 46406

RE: Registry Funds
Case No.: 00-339 "J"
USA -vs- KEISHA *Smith*

Dear Ms. Smith:

    Enclosed herewith is a check drawn on the Whitney National Bank of New Orleans, Louisiana as per ORDER of the Court dated June 6, 2006.

| Check Number | Payee | Amount |
|---|---|---|
| 15715 | Constance Smith | 3,097.05 |

Please acknowledge receipt by signing and returning the enclosed copy of this letter.

Sincerely,

Elizabeth L. Laiche

enclosures

registry.wpt:   Letter- Registry Checks

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Constance Smith
Street, Apt. No.; or PO Box No.: 415 Clark Road
City, State, ZIP+4: Gary, IN 46406

PS Form 3800, June 2002                See Reverse for Instructions

7003 0500 0000 2321 1293