**UNITED STATES DISTRICT COURT**

JILL N. BENOIT
CHIEF PROBATION OFFICER

EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504) 589-6200
Fax 504/589-3286

2008 JAN 31 PM 4:26
LORETTA G. WHYTE
CLERK

January 30, 2008

Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130

RE:  SMITH, Keisha L.
     Crim. Dkt.#053L 2:00CR-00339-002 "J"
     REQUEST FOR EARLY TERMINATION

Dear Judge Barbier:

On October 9, 2002, Keisha L. Smith appeared before Your Honor for sentencing following her plea of guilty to possession with intent to distribute cocaine. Smith was sentenced to 30 months in the custody of the Bureau of Prisons, to be followed by a five year term of supervised release. As special conditions of supervised release, Smith was ordered to participate in the orientation and life skills program, participate in a drug abuse and/or treatment program, comply with the financial disclosure condition and enroll in a vocational or educational program. A $100.00 special assessment fee was also ordered. Following Smith's release on June 18, 2004, this case was transferred to the Northern District of Indiana. Smith is currently being supervised by U.S. Probation Officer David Beier.

In light of Ms. Smith's compliance in all areas of supervision, United States Probation Officer David Beier is recommending that Smith be discharged from supervision. Smith's original expiration date is scheduled for June 17, 2009.

In August 2007, Officer Beier spoke with Assistant U.S. Attorney(AUSA) Tracey N. Knight who prosecuted the case against Smith and her codefendants. AUSA Knight indicated that she had no objections to the early termination of supervision. This officer also contacted AUSA Knight on January 17, 2008. Ms. Knight reiterated that she has no objections to terminating supervision prior to expiration.

____ Fee
____ Process
 X   Dktd
____ CtRmDep
____ Doc. No.

PAGE TWO
RE: SMITH, KEISHA L.

If Your Honor concurs with this recommendation to terminate Smith's remaining supervised release, please sign the attached Probation Form 35, Report and Order Terminating Supervised Release Prior to Original Expiration Date.

Should Your Honor have any questions, please contact this officer at 589-3257.

Respectfully,

Daryl A. Naquin
U.S. Probation Officer

DAN/fc
Attachment

Reviewed by: _____
Matthew G. Arseneaux
Supervising U.S. Probation Officer